1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BRICKLAYERS LOCAL NO. 3 PENSION         Case No.:  CV13-05467 TEH
    TRUST, et al.,
12                                           **PLAINTIFFS' REQUEST TO**
        Plaintiffs,                          **CONTINUE CASE MANAGEMENT**
13                                           **CONFERENCE; [~~PROPOSED~~] ORDER**
            v.                               **THEREON**
14
    PRECISION MASONRY                        Date:       March 31, 2013
15                                           Time:       1:30 p.m.
        Defendant.                           Location:   450 Golden Gate Ave.
16                                                       San Francisco
                                             Courtroom:  12, 19th Floor,
17                                           Judge:      Thelton E. Henderson

18

19       Plaintiffs herein respectfully submit their request that the Case Management Conference,

20  currently on calendar for March 31, 2014, be continued for approximately 60 days. Good cause

21  exists for the granting of the continuance, as follows:

22       1.    As the Court's records will reflect, this action was filed on November 26, 2013.

23       2.    On December 30, 2013, Plaintiffs filed a Request for Entry of Default, and on

24  January 6, 2014 the Court entered Defendant's default.

25       3.    The parties have substantially resolved this matter.  The only remaining issue is

26  Defendant's payment of attorneys' fees and costs.  Upon receipt and bank clearance of payment by

27  Defendant of attorneys' fees and costs, Plaintiffs will dismiss this action.  Accordingly, Plaintiffs

28  respectfully request that the Case Management Conference, currently scheduled for March 31,

P:\CLIENTS\BRICL\PRECISION MASONRY\PLEADINGS\REQUEST TO CONTINUE CMC 032514.DOCX

2014, be continued for 60 days to allow for resolution of this matter

     4.    There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

     Executed this 25th day of March 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
    Shivani Nanda
    Attorneys for Plaintiffs


     IT IS SO ORDERED.

     The currently set Case Management Conference is hereby continued to _____June 9, 2014_____ at ___1:30 p.m._____, and all previously set deadlines and dates related to this case are continued accordingly.

Date: ___03/25/2014_____      _____
                                   HONORABLE THELTON E. HENDERSON
                                   UNITED STATES DISTRICT COURT JUDGE