Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., | Case No.: CV13-05467 TEH |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| PRECISION MASONRY | Date:       August 11, 2014<br>Time:       1:30 p.m.<br>Location:   450 Golden Gate Ave.<br>            San Francisco<br>Courtroom:  12, 19th Floor,<br>Judge:      Thelton E. Henderson |
| Defendant. | |

Plaintiffs herein respectfully submit their request that the Case Management Conference, currently on calendar for August 11, 2014, be continued for approximately 90 days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on November 26, 2013.

2. On December 30, 2013, Plaintiffs filed a Request for Entry of Default, and on January 6, 2014 the Court entered Defendant's default.

3. Defendant paid attorneys' fees and costs, and Plaintiffs anticipated dismissing this action. However, prior to the dismissal being filed, Defendant was again referred to counsel for Plaintiffs for failure to permit an audit of its records for the period of July 10, 2010 through March 30, 2014. The audit has commenced, but the Trust Funds' auditors are waiting for the last

remaining documents necessary for completion of the audit to be provided by Defendant. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 11, 2014, be continued for approximately 90 days. This additional time will allow for the audit to be completed, provided to Defendant, and allow for Defendant's review of the audit results.

4. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 5th day of August 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __November 10, 2014__ at __1:30 p.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __08/06/2014__                           _____
                                                HONORABLE THELTON E. HENDERSON
                                                UNITED STATES DISTRICT COURT JUDGE