Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>PRECISION MASONRY<br><br>　　　Defendant. | Case No.: CV13-05467 TEH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:　　　　November 24, 2014<br>Time:　　　　1:30 p.m.<br>Location:　　450 Golden Gate Ave.<br>　　　　　　　San Francisco<br>Courtroom:　12, 19th Floor<br>Judge:　　　 Honorable Thelton E. Henderson |

　　　　Plaintiffs respectfully request that the Case Management Conference, currently on calendar for November 24, 2014, be continued for approximately ninety (90) days. Good cause exists for the granting of the continuance, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on November 26, 2013. Precision Masonry was served on December 2, 2013, and a Proof of Service of Summons was filed with the Court on December 4, 2013 (Dkt. #7).

　　　　2.　　On December 30, 2013, Plaintiffs filed a Request for Entry of Default, and on January 6, 2014 the Court entered Defendant's default.

　　　　3.　　As Defendant paid the attorneys' fees and cost owed to Plaintiffs, Plaintiffs

anticipated dismissing this action; however, prior to the dismissal being filed, Defendant failed to permit an audit of its records for the period of July 10, 2010 through March 30, 2014 as required under the Collective Bargaining Agreement. Therefore, Plaintiffs requested a continuance of the Case Management Conference on August 5, 2014 to allow sufficient time for Defendants to comply with the audit request and to provide all of the documents necessary for the audit to be completed. On August 6, 2014, the Court granted Plaintiffs' Request to Continue, and the Case Management Conference was rescheduled to November 24, 2014.

4. Defendant provided Plaintiffs' auditors with the last remaining documents necessary for the completion of the audit. The audit review was completed and no discrepancies were found, however Defendant is now delinquent for August and September 2014 contributions. Plaintiffs have issued a demand letter to Defendant requesting submission of its delinquent contribution reports and payments; and are awaiting a response.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 24, 2014, be continued for approximately ninety (90) days to allow sufficient time for Plaintiffs to attempt to resolve this matter informally with defendant.

//
//
//
//
//
//
//
//
//
//
//
//

5. Based on the above, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 17th day of November 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
    Erica J. Russell
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __Frebruary 23, 2015__ at __1:30 p.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __11/19/2014__                    _____
                                        HONORABLE THELTON E. HENDERSON
                                        UNITED STATES DISTRICT COURT JUDGE

*Judge Thelton E. Henderson* (signature, seal of United States District Court, Northern District of California)

-3-
**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: CV13-05467 TEH**

P:\CLIENTS\BRICL\PRECISION MASONRY\PLEADINGS\REQUEST TO CONTINUE CMC 111714.DOC

**PROOF OF SERVICE**

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **November 17, 2014**, I served the following document:

**Plaintiff's Request to Continue Case Management Conference;
[Proposed] Order Thereon**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelope was addressed and mailed as follows:

**Precision Masonry
c/o Brian Mitchell
433 Gilcrest Avenue
Vallejo, CA 94591**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 17, 2014,** at San Francisco, California.

/S/
Alicia Ramirez
Paralegal

-4-
PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: CV13-05467 TEH

P:\CLIENTS\BRICL\PRECISION MASONRY\PLEADINGS\REQUEST TO CONTINUE CMC 111714.DOC