Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PRECISION MASONRY<br><br>  Defendant. | Case No.:  CV13-05467 TEH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:        March 2, 2015<br>Time:       1:30 p.m.<br>Location:  450 Golden Gate Ave.<br>                San Francisco<br>Courtroom: 12, 19th Floor<br>Judge:      Honorable Thelton E. Henderson |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for March 2, 2015, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on November 26, 2013. Precision Masonry was served on December 2, 2013, and a Proof of Service of Summons was filed with the Court on December 4, 2013 (Dkt. #7).

2. On December 30, 2013, Plaintiffs filed a Request for Entry of Default, and on January 6, 2014 the Court entered Defendant's default.

3. As Defendant paid the attorneys' fees and cost owed to Plaintiffs, Plaintiffs anticipated dismissing this action; however, prior to the dismissal being filed, Defendant failed to

permit an audit of its records for the period of July 10, 2010 through March 30, 2014 as required under the Collective Bargaining Agreement. Therefore, Plaintiffs requested a continuance of the Case Management Conference on August 5, 2014 to allow sufficient time for Defendants to comply with the audit request and to provide all of the documents necessary for the audit to be completed. On August 6, 2014, the Court granted Plaintiffs' Request to Continue, and the Case Management Conference was rescheduled to November 24, 2014.

4. Defendant provided Plaintiffs' auditors with the last remaining documents necessary for the completion of the audit. The audit review was completed and no discrepancies were found.

5. On November 17, 2014, Plaintiffs requested a continuance to the Case Management Conference because, although no amounts were found due by Defendant pursuant to the audit, Defendant became delinquent for August and September 2014 contributions and Plaintiffs issued a demand letter to Defendant requesting submission of its delinquent contribution reports and payments. On November 19, 2014, the Court granted Plaintiffs' Request to Continue, and the Case Management Conference was rescheduled to February 23, 2015.

6. On December 4, 2014, the Court's Clerk issued a Notice rescheduling the Case Management Conference to March 2, 2015.

7. Defendant has paid principal contributions for hours worked by its employees through December 2014. However, Defendant still owes liquidated damages and interest assessed on its prior late-paid contributions, as well as additional attorneys' fees and costs incurred by Plaintiffs in this action.

8. Plaintiffs will make one final attempt to resolve this matter informally with Defendant. If the parties are unable to resolve this matter informally, Plaintiffs anticipate filing a Motion for Default Judgment against Defendant.

9. Based on the above, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the

currently scheduled Case Management Conference for approximately sixty (60) days.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of February 2015, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
    Michele R. Stafford
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __May 4, 2015__ at __1:30 p.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __2/23/2015__                    _____
                                        HONORABLE THELTON E. HENDERSON
                                        UNITED STATES DISTRICT COURT JUDGE