Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., | Case No.:  C13-05467 TEH |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| PRECISION MASONRY, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs

BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. voluntarily dismiss, without prejudice,

their claim against Defendant PRECISION MASONRY. Defendant has neither served an answer

nor moved for summary judgment, and default has been entered against Defendant since it has not

appeared in this action.  Plaintiffs have not previously filed or dismissed any similar action against

Defendant.

Dated: April 9, 2015

04/13/2015

IT IS SO ORDERED

Judge Thelton E. Henderson

SALTZMAN & JOHNSON
LAW CORPORATION

By:                    /S/
Shivani Nanda
Attorneys for Plaintiffs

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C13-05467 TEH**